# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNARD TARUC

PLAINTIFF(S),

v.

GOLDEN ARCH PROPERTIES, LP, et al.

DEFENDANT(S).

CASE NUMBER:

5:25−cv−00558

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

 Due to clerical error, this case was improperly assigned to the ___ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the ___ Division for all further proceedings.

X Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Western__ Division.

 This case has been reassigned to case number _2:25−cv−01914−PD_ and has been assigned to _Magistrate Judge Patricia Donahue_ for all further proceedings.

 Any matters that are or may be referred to a Magistrate Judge are hereby assigned/reassigned to ___ for:

  any discovery and/or post-judgment matters that may be referred.

  for all proceedings in accordance with General Order 05-07.

 All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _2:25−cv−01914−PD_. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

 **Please be advised that no further filings may be made under case number _5:25−cv−00558_. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

               Clerk, U.S. District Court

               By: _/s/ Estrella Liberato_
                _Estrella_Liberato@cacd.uscourts.gov_
                Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*